ACCEPTED
06-14-00104-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/12/2015 2:54:54 PM
DEBBIE AUTREY
CLERK

# 06-14-00104-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/12/2015 2:54:54 PM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS
## TEXARKANA, TEXAS

**REEF R. GILLUM, D.O., ET AL.,**

**APPELLANTS,**

**V.**

**GREG A. GILLUM,**

**APPELLEE.**

## Motion For Extension
## Of Time To File Appellants' Brief

I.

Appellants' opening brief was due on March 11, 2015. Appellants request that the Court grant them a 30-day extension of time, until April 10, 2015, to file their brief. This is Appellants' second request for an extension of time to file this brief.

II.

Appellants need additional time because it has been and will be necessary for appellate counsel Robert B. Gilbreath to devote his time to a number of other matters, including:

**Page 1**

- Mr. Gilbreath was busy preparing for, attending, and assisting with a jury trial in the 129th District Court, Harris County, Texas, which began on February 17, 2015 and concluded on March 5, 2015. The cause number is 2013-02376, and the style is *Evans v. Texas Parks & Wildlife Department, et. al.*

## PRAYER

Appellants request that the Court grant them a 30-day extension of time to file their brief and award them any other relief to which they are entitled.

Respectfully submitted,

/s/ *Robert B. Gilbreath*
**Robert B. Gilbreath**
**Texas State Bar No. 07904620**

**Matthew C. Sapp**
**Texas State Bar No. 24063563**

HAWKINS PARNELL
 THACKSTON & YOUNG, LLP
**Highland Park Place**
**4514 Cole Avenue, Suite 500**
**Dallas, Texas 75205**
**Telephone: (214) 780-5100**
**Facsimile: (214) 780-5200**

COUNSEL FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I spoke with Jim Bullock, counsel for Greg Gillum, regarding this motion. He was unable to reach his client regarding this motion before the time of filing.

/s/ *Robert B. Gilbreath*
Robert B. Gilbreath

## CERTIFICATE OF SERVICE

On March 12, 2015, a true and correct copy of this notice was sent via e-mail and certified mail to the following counsel of record:

**Jim E. Bullock, Esq.**
Beard and Harris, PC
100 Independence Place, Suite 101
Tyler, Texas  75703
*jim@beardandharris.com*

/s/ *Robert B. Gilbreath*
Robert B. Gilbreath